**HONORABLE JOHN H. CHUN**

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; THE PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON SIGNATORY PAINTING EMPLOYERS ASSOCIATION; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBAL COATINGS LLC, a Washington limited liability company; MARK ANDREW MCCALMAN, an individual; DOES & ROES I-X, <br><br> Defendants. | CASE NO.: 2:22-cv-01645-JHC <br><br><br> **STIPULATION AND ORDER TO EXTEND STAY OF CASE PENDING COMPLETION OF A PAYROLL COMPLIANCE AUDIT** |

STIPULATION AND ORDER TO EXTEND STAY OF CASE PENDING COMPLETION OF A PAYROLL COMPLIANCE AUDIT
Case No. 2:22-cv-01645-JHC

Page 1

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
321 Burnett Avenue South, Suite 200, Renton, WA 98057
(702) 255-1718 / wes@cjmlv.com
*Counsel for the Plaintiffs*

The Plaintiffs, Board of Trustees of The Employee Painters' Trust, Board of Trustees of The Western Washington Painters Defined Contribution Pension Trust, Board of Trustees of The District Council No. 5 Apprenticeship and Training Trust Fund, Board of Trustees of The International Painters and Allied Trades Industry Pension Fund, Board of Trustees of The Finishing Trades Institute, The Painters and Allied Trades Labor-Management Cooperation Initiative, Western Washington Signatory Painting Employers Association, International Union of Painters and Allied Trades District Council No. 5 ("Plaintiffs"), acting by and through their Counsel, Christensen James & Martin and The Urban law Firm, and Defendants, Global Coatings LLC, a Washington limited liability company and Mark Andrew McCalman, an individual ("Defendants"), acting by and through their Counsel, Gordon Thomas Honeywell LLP, hereby stipulate as follows:

1. The Plaintiffs, as employee benefit trust funds governed by the Employee Retirement Income Security Act ("ERISA"), have alleged the right to review the employment, payroll, and contract records of contributing employers, such as Defendant Global Coatings LLC, to ensure compliance with the terms and conditions of applicable collective bargaining agreements and trust agreements. Such a payroll compliance review is commonly called an "Audit."

2. Defendants previously agreed to provide Plaintiffs' Auditor with the labor and financial records requested by Plaintiffs' Counsel and further agreed to cooperate with any other reasonable request by the Auditor for additional records that the Auditor deems necessary to complete the audit for the period of November 1, 2017 through the present ("Audit Period");

3. The Parties previously Stipulated to a 90-day stay of litigation to allow completion of the Audit, which Stipulation was approved by the Court on February 2, 2023.

STIPULATION AND ORDER TO EXTEND STAY OF CASE PENDING COMPLETION OF A PAYROLL COMPLIANCE AUDIT
Case No. 2:22-cv-01645-JHC

Page 2

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
321 Burnett Avenue South, Suite 200, Renton, WA 98057
(702) 255-1718 / wes@cjmlv.com
*Counsel for the Plaintiffs*

4. The Parties are presently engaged in the process of completing the Audit; preliminary Audit results have been drafted and shared, and the Parties are working collaboratively to address a number of issues related to the Audit, which should be completed before the Parties proceed in litigation;

5. The Parties agree that the deadline for Defendants to file an answer or responsive pleading and all other case deadlines shall be stayed for ninety (90) days from the date of entry of the Order on this on this Stipulation to allow time for the Audit to be completed and to resolve any outstanding issues related to the preliminary Audit results;

6. At the end of the stay, the parties will file a joint status report to update the Court on the status of the audit and whether the case will proceed to discovery; and

7. The stay does not apply to any motions that may be brought by Plaintiffs to compel compliance with this Stipulation or the disclosure of necessary information should the Defendants fail to cooperate in completing the Audit;

8. This Stipulation is made to avoid protracted litigation with accompanying costs and is not an admission of liability, waiver of defenses, or modification of any collective bargaining agreement or trust agreement on the part of any party

DATED this 3rd day of May, 2023.        DATED this 3rd day of May, 2023.

CHRISTENSEN JAMES & MARTIN              GORDON THOMAS HONEYWELL LLP

By:   /s/ Wesley J. Smith                By:   /s/ Shelly M. Andrew
   Wesley J. Smith, Esq.                    Shelly M. Andrew, Esq.
   WSBA # 51934                             WSBA # 41195
   7440 W. Sahara Ave.                      1201 Pacific Avenue, Suite 2100
   Las Vegas, NV 89117                      Tacoma, Washington  98402
   P. (702) 255-1718/F. (702) 255-0871      P. (253) 620-6500 /F. (253) 620-6565
   Email: wes@cjmlv.com                     Email: sandrew@gth-law.com
   *Counsel for Plaintiffs*                 *Counsel for Defendants*

STIPULATION AND ORDER TO EXTEND STAY OF CASE PENDING COMPLETION OF A PAYROLL COMPLIANCE AUDIT
Case No. 2:22-cv-01645-JHC

Page 3

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
321 Burnett Avenue South, Suite 200, Renton, WA 98057
(702) 255-1718 / wes@cjmlv.com
*Counsel for the Plaintiffs*

# ORDER

Good Cause Appearing, Defendants Global Coatings LLC and Mark Andrew McCalman, shall continue to submit to and cooperate with the audit in accordance with the foregoing Stipulation, and all Parties shall continue to work collaboratively to address any outstanding issues presented in the preliminary Audit findings so that a final Audit may be completed. This Case and all deadlines shall be extended and stayed for a period of ninety (90) days in accordance with the Stipulation. All other provisions of the Stipulation are also approved and Ordered.

DATED this 3rd day of May, 2023.

_____
HONORABLE JOHN H. CHUN
United States District Judge

Presented by:

CHRISTENSEN JAMES & MARTIN

By:     /s/ Wesley J. Smith
    Wesley J. Smith, Esq.
    WSBA # 51934
    7440 W. Sahara Ave.
    Las Vegas, NV 89117
    P. (702) 255-1718/F. (702) 255-0871
    Email: wes@cjmlv.com
    *Counsel for Plaintiffs*

STIPULATION AND ORDER TO EXTEND STAY OF CASE PENDING COMPLETION OF A PAYROLL COMPLIANCE AUDIT
Case No. 2:22-cv-01645-JHC

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
321 Burnett Avenue South, Suite 200, Renton, WA 98057
(702) 255-1718 / wes@cjmlv.com
*Counsel for the Plaintiffs*

Page 4