THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS; TRUST; et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL COATINGS, LLC, a Washington limited liability company; et al, <br><br> Defendants. | NO. 2: 22-cv-01645-JHC <br><br> JOINT STATUS REPORT AND STIPULATED ORDER FOR ADDITIONAL STAY |

Plaintiffs and Defendants, by and through their respective counsel, hereby submit the following Joint Status Report and Stipulated Motion for Additional Stay.

On May 3, 2023, the Court entered its Stipulated Order to Extend Stay of Case Pending Completion of a Payroll Compliance Audit [Dkt. 11]. The audit has been completed and the parties are in discussions around the remaining areas of dispute presented by those audit results.  The Defendants believe that additional time and the opportunity to address the disputed areas with Plaintiffs, including the International Union of Painters and Allied Trades District Council No. 5 ("Union") and general counsel for the Union, may result in an agreed resolution.  The parties anticipate that they will

JOINT STATUS REPORT AND STIPULATED ORDER
FOR ADDITIONAL STAY - 1 of 3
(2:22-cv-01645-JHC)
[4878-3775-7768]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

have an agreed resolution, or have determined which issues remain in dispute and need to be addressed in litigation, within the next sixty (60) days.

      The parties jointly move this Court for an additional stay of sixty (60) days. At the end of the stay, the parties will file a joint status report to update the Court on the status of the dispute.

DATED this 31st day of July, 2023.

CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith
    Wesley J. Smith, WSBA No. 51934
    west@cjmlv.com
    Attorney Plaintiffs

GORDON THOMAS HONEYWELL LLP

By: /s/ Shelly M. Andres
    Shelly M. Andrew, WSBA No. 41195
    sandrew@gth-law.com
    Attorney for Defendants

JOINT STATUS REPORT AND STIPULATED ORDER
FOR ADDITIONAL STAY - 2 of 3
(2:22-cv-01645-JHC)
[4878-3775-7768]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

## ORDER

Based on the above motion of the parties and with good cause shown, this Case and all deadlines shall be extended and stayed for an additional period of sixty (60) days from the date of this Order.

Dated this 1st day of August, 2023.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Joint Presented by:

CHRISTENSEN JAMES & MARTIN

By_____
   Wesley J. Smith, WSBA No. 51934
   west@cjmlv.com
   Attorney for Plaintiffs

GORDON THOMAS HONEYWELL LLP

By_____
   Shelly M. Andrew, WSBA No. 41195
   sandrew@gth-law.com
   Attorney for Defendants

JOINT STATUS REPORT AND STIPULATED ORDER
FOR ADDITIONAL STAY - 3 of 3
(2:22-cv-01645-JHC)
[4878-3775-7768]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565