1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

BOARD OF TRUSTEES OF THE EMPLOYEE
PAINTERS' TRUST, *et al.*,

                        Plaintiffs,

vs.

GLOBAL COATINGS LLC, *et al.*,

                        Defendants.

CASE NO.: 2:22-cv-01645-JHC

**STIPULATION AND ORDER TO
EXTEND STAY OF CASE PENDING
COMPLETION OF A SECOND
PAYROLL COMPLIANCE AUDIT**

**NOTING DATE: JUNE 28, 2024**

      The Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* ("Plaintiffs"), and Defendants, Global Coatings LLC and Mark Andrew McCalman ("Defendants"), each acting by and through their undersigned Counsel, hereby stipulate as follows:

      1.      On April 10, 2024, the Court entered a Stipulation and Order to Stay Case Pending Completion of a Second Payroll Compliance Audit [ECF No. 23] ("Stay Order").

      2.      Pursuant to the Stay Order, this Case was stayed for ninety (90) days, or until July 9, 2024, to allow time for the production of payroll records and the completion of a payroll compliance audit for the period April 1, 2022 - February 29, 2024 ("Second Audit Period").

      3.      Since the time of entry of the Stay Order, the Defendants have produced a substantial number of records requested by the Auditor. The Auditor has made subsequent requests for additional documents, which Defendants have attempted to provide. There remains

a small number of additional documents that have yet to be provided. Defendants are currently working on gathering the outstanding records for production to the Auditor.

4.      Whereas documents are still needed, and the Audit is not yet completed, the Parties agree that the stay should be extended by an additional 90-days to October 7, 2024.

5.      All other terms of the Stay Order shall remain in force.

DATED this 28th day of June, 2024.

CHRISTENSEN JAMES & MARTIN                    GORDON THOMAS HONEYWELL LLP

By:___/s/ Wesley J. Smith_____           By:___/s/ Shelly  M. Andrew_____
    Wesley J. Smith, Esq.                          Shelly M. Andrew, Esq.
    WSBA # 51934                                  WSBA # 41195
    7440 W. Sahara Ave.                           1201 Pacific Avenue, Suite 2100
    Las Vegas, NV 89117                           Tacoma, Washington  98402
    P. (702) 255-1718/F. (702) 255-0871           P. (253) 620-6500 /F. (253) 620-6565
    Email: wes@cjmlv.com                          Email: sandrew@gth-law.com
    *Counsel for Plaintiffs*                      *Counsel for Defendants*

## ORDER

Good Cause Appearing, this Case and all deadlines shall be extended and stayed for an additional ninety (90) days to October 7, 2024, in accordance with the Stipulation.

DATED this 28th day of June, 2024.

_____
JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER TO STAY CASE
PENDING COMPLETION OF A SECOND
PAYROLL COMPLIANCE AUDIT
Case No. 2:22-cv-01645-JHC
Page 2