UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL COATINGS LLC, *et al.*, <br><br> Defendants. | CASE NO. 2:22-cv-01645-JHC <br><br> ORDER |

On June 28, 2024, the Court granted the parties' joint motion to Extend Stay of Case Pending Completion of a Second Payroll Compliance Audit. Dkt. # 25. The Court stayed this matter to October 7, 2024, and terminated all deadlines. Dkts. # 25, # 26. Nearly four months have passed since the extension date, and the parties have not reported on the status of the matter. *See generally* Dkt.

Thus, the Court ORDERS the parties to submit a status report by February 12, 2025, or this matter will be dismissed without prejudice.

/

/

ORDER - 1

1   Dated this 5th day of February, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2