UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br> vs. <br><br> GLOBAL COATINGS LLC, et al., <br><br> Defendants. | Case No.: 2:22-cv-01645-JHC <br><br><br> ORDER FOR DISMISSAL |

Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* ("Plaintiffs") and Defendants Global Coatings LLC and Mark Andrew McCalman ("Defendants"), each acting by and through their undersigned Counsel, have moved the Court for an Order to Dismiss this matter (ECF Dk. No. 31).

**IT IS HEREBY ORDERED** that each party shall bear its own attorney's fees and costs except as expressly agreed between the Plaintiffs and Defendants in their Settlement Agreement.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Plaintiffs and Defendants.

/ / /

Order for Dismissal
(Case No. 2:22-cv-01645-JHC)

1

1   **IT IS FURTHER ORDERED** that this matter is Dismissed with prejudice.

Dated: August 14, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

Order for Dismissal
(Case No. 2:22-cv-01645-JHC)

2